UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
WILSON DIVISION

IN THE MATTER OF**: HENRY LLOYD BELL**                CASE NO:  **08-07584-8-SWH**

REPORT ON UNCLAIMED DIVIDENDS

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

1.  That checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, or said checks have not been cashed by the creditor-payee, said checks being as follows:

| NAME AND LAST KNOWN ADDRESS | AMOUNT | DATE ISSUED |
|---|---|---|
| **HENRY LLOYD BELL**<br>**POST OFFICE BOX 365**<br>**CLINTON, NC 28329-0365** | **$27.31** | **7/2/09** |

2.  That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. 347.

**March 25, 2010**                /s/ Trawick H. Stubbs, Jr.
                     **TRAWICK H. STUBBS, JR.**
                     **CHAPTER 13 TRUSTEE**
                     **P. O. BOX 1618**
                     **NEW BERN, NC  28563**
                     **(252) 633-0074**